GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  bevanson@gibsondunn.com
HEATHER RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant Uber Technologies, Inc.
and Dara Khosrowshahi

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CAPRIOLE, MARTIN EL KOUSSA, and VLADIMIR LEONIDAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., and DARA KHOSROWSHAHI,<br><br>Defendants. | CASE NO. 3:20-cv-02211-EMC<br><br>**NOTICE OF ADDITIONAL AUTHORITY IN CONNECTION WITH DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY**

Defendants Uber Technologies, Inc. and Dara Khosrowshahi, respectfully submit this Notice of Additional Authority in Connection with Defendants' Motion to Compel Arbitration and Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. Attached hereto as **Exhibit A** is the San Francisco County Superior Court's "Order Granting Motion to Compel Arbitration and Stay and Denying Application for Emergency Injunctive Relief," in *Rogers v. Lyft, Inc.*, No. CGC-20-583685 (Cal. Sup. Ct. Apr. 30, 2020), which held that claims predicated on the purported misclassification of workers under California labor laws are not requests for "public injunctive relief."

Also attached hereto as **Exhibit B** is the "Amicus Brief from Former Governors Urging the Denial of the Motion Seeking an Emergency Preliminary Public Injunction," filed by former California Governors Gray David and Arnold Schwarzennegger in *Rogers v. Lyft, Inc.*, No. CGC-20-583685 (Cal. Sup. Ct. Apr. 30, 2020), and referenced in the court's order (at p.11).

Dated: May 3, 2020             GIBSON, DUNN & CRUTCHER LLP

                               By:      */s/ Theane Evangelis*

                                     Theane Evangelis

                               Attorney for Defendants UBER TECHNOLOGIES, INC. and DARA KHOSROWSHAHI

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2020, I filed the foregoing document with this Court using the CM/ECF filing system.  This system sends notifications of such filing and service to all counsel of record.

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*

Theane Evangelis

Attorney for Defendants UBER TECHNOLOGIES, INC. and DARA KHOSROWSHAHI