**FILED**

OCT 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN CAPRIOLE, MARTIN EL KOUSSA, and VLADIMIR LEONIDAS, individually and on behalf of others similarly situated, Plaintiff-Appellants, v. UBER TECHNOLOGIES, INC. and DARA KHOSROWSHAHI, Defendant-Appellees. | No. 20-16030 D.C. No. 3:20-cv-02211-EMC Northern District of California, San Francisco ORDER |

Before: WARDLAW and NGUYEN, Circuit Judges, and EATON,[*] Judge.

The motion of Boston Independent Drivers Guild, Gig Workers Rising, Mobile Workers Alliance, Rideshare Drivers United, and We Drive Progress for leave to file an amicus brief (Dkt. No. 42) is GRANTED. Any reply is due on or before October 16, 2020.

**IT IS SO ORDERED.**

---

[*] The Honorable Richard K. Eaton, Judge for the United States Court of International Trade, sitting by designation.