UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN CAPRIOLE; et al.,

        Plaintiffs - Appellants,

 v.

UBER TECHNOLOGIES, INC. and DARA KHOSROWSHAHI,

        Defendants - Appellees.

No. 20-16030

D.C. No. 3:20-cv-02211-EMC
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered August 02, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rhonda Roberts
        Deputy Clerk
        Ninth Circuit Rule 27-7